IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Criminal Action: | 13-cr-00433-RBJ | Date:  April 15, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: | Susana Cahill | Probation:  Gary Burney |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**<br><br>v.<br><br>1.  JOSE ESPARZA-CHIHUAHUA<br>**Defendant(s)** | *Geoffrey Reiman*<br><br><br><br><br>*Matthew C. Golla* |

### COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**      8:30 a.m.

Interpreter sworn.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [20] Defendant's Motion for a Sentence Variance Below the Advisory Guideline Range is DENIED.

   Defendant shall be **imprisoned** for **9 months** as to Count One of the Indictment, no term of supervised release.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:** 9:10 a.m.          Hearing concluded.          Total time:     00:40